Filed: October 28, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON,

Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING
_____

| Originating Court | United States District Court for the Western District of North Carolina at Asheville |
|---|---|
| Originating Court Case Number | 1:04-cv-00251-LHT |
| Date notice of appeal filed in originating court | 10/26/2009 |
| Appellant(s) | Richard Allen Jackson |
| Appellate Case Number | 09-10 |
| Case Manager | Beth Walton 804-916-2725 |

The above-captioned case has been opened in this Court.