FILED: October 29, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON,

Defendant - Appellant

_____

O R D E R

_____

The Court appoints M. Gordon Widenhouse, Jr. as lead counsel and Shelagh R. Kenney as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 10/26/2009.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk