IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CASE NO. 09-10 |
| RICHARD ALLEN JACKSON | ) ) ) ) | |

## UNOPPOSED MOTION TO WITHHOLD BRIEFING SCHEDULE

NOW COMES Richard Allen Jackson, by and through his undersigned counsel, and with the consent of the government, and moves this Court to withhold or delay setting a briefing schedule until the district court rules on his comprehensive motion for a certificate of appealability. In support of this motion, Mr. Jackson shows the following:

1.    This case is an appeal from the denial of a motion to vacate the judgment by the petitioner who was sentenced to death in the lower court. Mr. Jackson was tried for murder, rape, and kidnapping and sentenced to death in the United States District Court for the Western District of North Carolina. His convictions and sentences were affirmed on direct appeal. *See United States v. Jackson*, 372 F.3d 273 (4th Cir.), *cert. denied*, 540 U.S. 1019 (2003). He timely filed a motion to vacate the judgment. *See* 28 U.S.C. § 2255. The district court denied his motion to vacate

without an evidentiary hearing.

2.    Mr. Jackson has thirty-four claims in his motion to vacate. His motion to vacate was supported by substantial documentary material and forty-one (41) affidavits, including averments from several independent attorneys, all three trial counsel, and a number of experts in various scientific and medical fields. The district court denied Mr. Jackson's repeated requests for funds for expert assistance and for an evidentiary hearing on the numerous disputed issues of fact, all of which Mr. Jackson supported by substantial and detailed affidavits. The district court denied the motion to vacate, without holding an evidentiary hearing, in a 251-page order.

3.    Mr. Jackson timely filed a specific and detailed request for a certificate of appealability in the district court. This request included eleven (11) separate issues, many of which are legal claims upon which this Court has issued a certificate of appealability in other appeals from capital post-conviction proceedings, such as ineffective assistance of counsel, the denial of funds for expert assistance, the failure to obtain and present expert testimony in mitigation, the failure to challenge expert testimony, the failure to investigate and present compelling mitigation from lay witnesses, and the failure to conduct an evidentiary hearing on contested issues. The request for a certificate of appealability was 72 pages. It was a comprehensive pleading, although each issue was couched solely in terms of the need for and

standards governing a certificate of appealability, including references to the controlling decisions in *Tennard v. Dretke*, 542 U.S. 274, 282 (2004), and *Miller-El v. Cockrell*, 537 U.S. 322, 337-386 (2003).

4.    The district court should be given an opportunity to determine the issues for which a certificate of appealability should be granted.  The parties should not proceed to compile a joint appendix or file their briefs until the district court determines the issues that should be addressed on the merits in the appeal.  It is in the interest of judicial economy, as well as the interest of justice in this death penalty proceeding, to withhold any briefing schedule until the district court addresses the request for a certificate or appealability.

5.    The undersigned have consulted with opposing counsel, Assistant Attorney General Jeffrey B. Kahan, who has consented to this motion and agrees any briefing schedule should be withheld pending the district court's disposition of the request for a certificate of appealability..

6.    The interests of justice would best be served by withholding the setting of any briefing schedule until the district court rules on the pending request for a certificate of appealability.

WHEREFORE, Richard Allen Jackson respectfully requests that this Court enter an order directing the clerk to withhold setting a briefing schedule pending the district court's resolution of his request for a certificate of appealability.

RESPECTFULLY submitted this the 24th day of November, 2009.

**RUDOLF WIDENHOUSE & FIALKO**

s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:  919-967-4900
Telefax:     919-967-4953
mgwidenhouse@RWF-law.com

**CENTER FOR DEATH PENALTY LITIGATION**

s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney
201 West Main Street, Suite 301
Durham, NC 27701
Telephone:   919-956-9545
Telefax:      919-956-9547
shelagh@cdpl.org

4

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 24th day of November, 2009, I caused this

Unopposed Motion to Withhold Briefing Schedule to be filed electronically with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing

to the following registered CM/ECF user:

Jeffrey B. Kahan
Assistant Attorney General
Jeffrey.Kahan@usdoj.gov


    s/ M. Gordon Widenhouse, Jr
    M. Gordon Widenhouse, Jr.