Additional Page, Docketing Statement
United States v. Richard Allen Jackson
09-10

Counsel's Name and Address:

Name:          Shelagh Rebecca Kenney

Address:       Center for Death Penalty Litigation
               201 West Main Street, Suite 301
               Durham, North Carolina 27701

Email:         shelagh@cdpl.org

Phone:         919-956-9545