FILED: December 15, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON,

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion to withhold issuance of a briefing schedule, the Court grants the motion.

For the Court

/s/ Patricia S. Connor, Clerk