FILED: August 26, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

                    Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and

extends the briefing schedule as follows:

Appendix due: 10/22/10
Opening Brief due: 10/22/10

                         For the Court

                         /s/ Patricia S. Connor, Clerk