FILED: October 14, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the time for filing the appellant's preliminary brief and joint appendix until November 22, 2010.  The Court is not inclined to look favorably on another request for an extension of time.

For the Court

/s/ Patricia S. Connor, Clerk