IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 09-10 |
| | ) | |
| RICHARD ALLEN JACKSON | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME
FOR FILING PRELIMINARY BRIEF AND JOINT APPENDIX**

NOW COMES Richard Allen Jackson, by and through his undersigned counsel, and with the consent of the government, and moves this Court to extend the time for filing the preliminary brief and joint appendix for one week, to and including 30 November 2010. In support of this motion, Mr. Jackson shows the following:

1.     This case is an appeal from the denial of a motion to vacate the judgment by the petitioner who was sentenced to death in the lower court. *See United States v. Jackson*, 372 F.3d 273 (4th Cir.), *cert. denied*, 540 U.S. 1019 (2003). He timely filed a motion to vacate the judgment containing thirty-four claims and supported by substantial documentary material and forty-one (41) affidavits. *See* 28 U.S.C. § 2255. The district court denied his motion to vacate without an evidentiary hearing in a 251-page order.

2.      Mr. Jackson timely filed a detailed request for a certificate of appealability in the district court, which was denied on 12 July 2010.

3.       This Court extended the time for filing the preliminary brief and joint appendix to 22 November 2010.  Mr. Jackson filed a motion to expand the word limitations for the preliminary brief on 11 November 2010.  This motion is still pending.  The parties have just agreed on the contents of the joint appendix that will likely be delivered to the undersigned on November 23.

4.      Earlier this week, Shelagh Kenney's father-in-law died suddenly and unexpectedly.  This development has necessitated a short extension of time for filing the preliminary brief and joint appendix.

5.      The undersigned have consulted with opposing counsel, Assistant Attorney General Jeffrey B. Kahan, who has consented to this motion.

6.      Under these circumstances, the interests of justice and fairness would be served by extending the time for filing the preliminary brief to 30 November 2010.

WHEREFORE, Richard Allen Jackson respectfully requests that this Court extend the time for filing the preliminary brief to 30 November 2010.

RESPECTFULLY submitted this the 19th day of November, 2010.

**RUDOLF WIDENHOUSE & FIALKO**

s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:  919-967-4900
Telefax:     919-967-4953
mgwidenhouse@RWF-law.com

**CENTER FOR DEATH PENALTY LITIGATION**

s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney
201 West Main Street, Suite 301
Durham, NC 27701
Telephone:   919-956-9545
Telefax:      919-956-9547
shelagh@cdpl.org

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 19th day of November, 2010, I caused this

Unopposed Motion for One Week Extension of Time for Filing Preliminary Brief and

Joint Appendix to be filed electronically with the Clerk of the Court using the

CM/ECF System, which will send notice of such filing to the following registered

CM/ECF user:

Jeffrey B. Kahan
Assistant Attorney General
Jeffrey.Kahan@usdoj.gov


    s/ M. Gordon Widenhouse, Jr
    M. Gordon Widenhouse, Jr.

4