FILED: November 22, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

        Defendant - Appellant

_____

O R D E R
_____

Appellant has filed an unopposed motion to exceed the length limitations for briefs and an unopposed motion for extension of time within which to file his preliminary brief and the joint appendix.

The Court grants appellant leave to file a preliminary brief not in excess of 20,000 words and extends the time for filing the brief and joint appendix to November 30, 2010.

                          For the Court

                          /s/ Patricia S. Connor, Clerk