# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE OF PAPER FILING

No. 09-10    Caption: United States v. Richard Allen Jackson

Document: Joint Appendix

Under Seal:    [ ] Yes    [ ] No    [X] In Part:  Vols. Volume VI

 Richard Allen Jackson            as the appellant
(party name)                                      (appellant, appellee, petitioner, respondent)

certifies that the above-referenced document has been filed and served as follows:

Filed by hand-delivery                            on November 30, 2010

Served by UPS Ground Transportation            on November 30, 2010

to:

Jeffrey B. Kahan
OFFICE OF THE U.S. ATTORNEY
1331 F Street, NW
Washington, DC 20530
(202) 305-8910

*Counsel for Appellee*

 November 30, 2010            /s/ M. Gordon Widenhouse, Jr.
(date)                                (signature)