UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __09-10__    Caption: ___United States v. Richard Allen Jackson___
___Richard Allen Jackson___ as the ___appellant___
(party name)                 (appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., appendix volume, opening brief, motion):

   **Volume VI of the Joint Appendix**

2. Is sealing of document(s) necessary?

   [ ] No
   [**X**] Yes, to protect material sealed by district court/agency
   [ ] Yes, to protect personal data identifiers

3. Have redacted copies of document been filed?
*[For all documents except appendices, counsel must file (i) a sealed version of the document (4 copies with sealed material highlighted and front page marked SEALED, in an envelope marked SEALED, with 4 copies of a certificate or motion to seal) and (ii) a public version (the usual number of copies, with sealed material redacted). A motion to seal should be filed in lieu of a certificate if the document cannot be redacted.]*

   [ ] Yes        [**X**] No

4. Has sealed record material been separated from unsealed record material and placed in a separate, sealed volume of the appendix?
*[Sealed material must be separated from other portions of the appendix and filed in a separate, sealed volume of the appendix (4 copies with the cover conspicuously marked SEALED, in an envelope marked SEALED, with 4 copies of certificate of confidentiality)]*

   [**X**] Yes        [ ] No

5. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   **Order dated August 15, 2006**

6. Terms of order sealing the material, including whether documents were filed ex parte or in camera (if filed ex parte, envelope and front of document must be marked SEALED and EX PARTE):

   **Confidential and Personal Materials are filed under seal.**

___November 30, 2010___                              /s/ M. Gordon Widenhouse, Jr.
(date)                                                        *Counsel for Appellant*