FILED: December 1, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the Court places appendix volume number 6 under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk