Filed: December 1, 2010

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

LOCAL RULE 32(a) NOTICE

_____

No. 09-10,    US v. Richard Jackson
1:04-cv-00251-LHT

TO: Counsel for Appellant

The joint appendix has been accepted and filed; however, it is
not in compliance with Local Rule 32(a), which states that
appendices in court-appointed cases shall not exceed 250 sheets,
or 500 numbered pages, without prior permission from the Court.
The motion should identify the total number of pages and the
reasons an appendix of that length is required for consideration
of the appeal.

Counsel is advised to file a motion to exceed length limitations
within 10 days. Unless a motion to exceed length limitations is
filed and granted, counsel's reimbursement for the costs of
copying the appendix will be limited to 250 sheets (500 numbered
pages).

Beth Walton
Deputy Clerk
804-916-2725