IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Petitioner-Appellee,* | ) | |
| | ) | |
| v. | ) | No. 09-10 |
| | ) | |
| RICHARD ALLEN JACKSON, | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |

**MOTION TO EXCEED 250 SHEET LIMIT FOR JOINT APPENDIX**

Comes now the defendant Richard Allen Jackson, by his undersigned counsel, and moves this Court to expand the page limitations for the joint appendix to allow a joint appendix of 2510 pages or 1255 sheets.

1.    This case arises from an appeal from an order dismissing Mr. Jackson's motion to vacate under 28 U.S.C. § 2255, seeking relief from his federal court conviction of first degree murder and related offenses and the imposition of a sentence of death.

2.    Mr. Jackson is indigent and undersigned counsel was appointed to represent him in this appeal by this Court.

3.    Mr. Jackson's motion to vacate, with amendments, supplemental memorandum, and exhibits, contained thirty-seven issues.  The district court eventually denied the motion in a 251-page order.  In his informal brief with this Court, Mr. Jackson raised six claims: (1) new, material evidence suggests another

person committed or at least participated in the crimes, contrary to the government's evidence at trial, and also indicates the gun introduced at trial was not the murder weapon and the absence of federal jurisdiction; (2) ineffective assistance of trial counsel in handling an issue relating to expert testimony about a stun gun (testimony that now appears unreliable); (3) ineffective assistance of trial counsel in failing to present properly compelling mitigating evidence about Mr. Jackson's biological sister who exhibited serious mental health issues; (4) ineffective assistance of trial counsel in failing to present available, compelling mitigating evidence; (5) the conviction and sentence of death violated double jeopardy; and (6) the erroneous denial of an evidentiary hearing. These claims were raised and adjudicated on the merits. The motion to vacate and accompanying amendments and exhibits were approximately 1594 pages. The government's response was approximately 126 pages. The district court's order was approximately 251 pages. In addition, there were motions for appointment of experts and funding, a motion to alter or amend, and concomitant responses and orders. Each of these claims presented violations of the federal constitution or statutes.

4. The parties agreed to the contents of the joint appendix. It included numerous, lengthy orders and pleadings that are essential for this Court to review. The parties endeavored to winnow the materials substantially.

5.     The joint appendix as agreed to by counsel is 2510 pages, including indexes and tables and is bound in six volumes.   The parties have included the materials from the lower court record that are necessary for this Court to evaluate the six issues raised in the preliminary brief filed by counsel for Mr. Jackson.

6.     The undersigned respectfully requests that the Court approve an expanded joint appendix to 2510 pages, which is 1255 double-sided sheets.

WHEREFORE, Richard Allen Jackson respectfully  requests that this Court approve an expanded joint appendix to 2510 pages or 1255 sheets.

This the 1st day of December, 2010.

**RUDOLF, WIDENHOUSE & FIALKO**
/s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse Jr.
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:  919-967-4900
Telefax:      919-967-4953

**Counsel for Appellant**

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 1st day of December, 2010, I caused this Motion to

be filed electronically with the Clerk of the Court using the CM/ECF System, which

will send notice of such filing to the following registered CM/ECF users:

Jeffrey B. Kahan
Office of the U.S. Attorney
1331 F Street, NW
Washington, DC 20530
(202) 305-8910

*Counsel for Appellee*

/s/ M. Gordon Widenhouse, Jr.
*Counsel for Appellant*