FILED: February 11, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the appellant's preliminary brief filed pursuant to this Court's Local Rule 22(a), the Court denies a certificate of appealability and dismisses the appeal.

Entered at the direction of Judge Niemeyer, with the concurrence of Judge Motz and Judge King.

For the Court

/s/ Patricia S. Connor, Clerk