FILED: March 29, 2011

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

———————————

No. 09-10
(1:04-cv-00251-LHT)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

———————————

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

———————————

This court's mandate is stayed under Fed. R. App. P. 41(d)(1), which

provides that "[t]he timely filing of a petition for panel rehearing, petition for

rehearing en banc, or motion for stay of mandate, stays the mandate until

disposition of the petition or motion."

/s/Patricia S. Connor, Clerk