FILED: April 11, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

       Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Motz and Judge King.

For the Court

/s/ Patricia S. Connor, Clerk