# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

September 13, 2011

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Richard Allen Jackson
v. United States
No. 11-6315
(Your No. 09-10)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2011 and placed on the docket September 13, 2011 as No. 11-6315.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst