IN THE UNITED STATE COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 09-10

UNITED STATES OF AMERICA          )
                                  )
                                  )
                                  )
        v.                        )
                                  )
                                  )
RICHARD ALLEN JACKSON             )

**MOTION TO COMPENSATE FOR
EXTRAORDINARY DUPLICATION EXPENSES**

NOW COMES Richard Allen Jackson, by and through his undersigned counsel, and respectfully moves this Court to permit additional compensation for extraordinary duplication expenses in the total amount of $1,359.75 to Lantagne Legal Printing for the preparation and filing of his Petition for Certiorari in the United States Supreme Court. The brief and supporting appendix raise issues for the Court's consideration that necessitate a thorough review of the documentary evidence offered in support of his section 2255 motion in the lower courts.

Wherefore, counsel for Mr. Jackson respectfully requests that this additional compensation for necessary and reasonable extra duplication be paid to Lantagne Legal Printing.

1

Respectfully submitted this the 20th day of September, 2011.

**RUDOLF WIDENHOUSE & FIALKO**

/s/ M. Gordon Widenhouse, Jr.
M. Gordon Widenhouse, Jr.
NCSB #10107
312 West Franklin Street
Chapel Hill, NC 27516
Telephone:919-967-4900
Telefax:     919-967-4953
mgwidenhouse@RWF-law.com

**CENTER FOR DEATH PENALTY LITIGATION**

/s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney
NCSB #28202
Center for Death Penalty Litigation
201 West Main Street, Suite 301
Durham, NC 27701
Telephone: 919-956-9545
Telefax: 919-956-9547
shelagh@cdpl.org

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the 20th day of September, 2011, I caused this MOTION TO COMPENSATE FOR EXTRAORDINARY DUPLICATION EXPENSES to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to Jeffrey B. Kahan, Assistant Attorney General, Jeffrey.Kahan@usdoj.gov.


/s/Shelagh Rebecca Kenney
Shelagh Rebecca Kenney