FILED:  September 20, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10
(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Appellant's counsel has filed a motion for prior authorization to exceed $300 for copying costs for the petition for writ of certiorari.

The Court denies the motion without prejudice to renewal identifying the items to be included in the appendix and why they are essential to an understanding of the petition for certiorari, the number of pages in the certiorari petition and in the appendix, and the copy rate charged per page, or attach a copy of the invoice.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk