FILED:  October 4, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10

(1:04-cv-00251-LHT)

_____


UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant


_____

O R D E R

_____

Upon consideration of the renewed motion to compensate for extraordinary duplication expenses under the Criminal Justice Act, the court grants the motion and authorizes $1,059.75 in supplemental CJA funds for copying the petition for writ of certiorari.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk