IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 09-10 |
| RICHARD ALLEN JACKSON | ) | |
| | ) | |
| | ) | |
| Appellant. | ) | |
| | ) | |

**MOTION TO AUTHORIZE TRAVEL EXPENSES**

NOW COMES Appellant Richard Allen Jackson, by and through his undersigned counsel, and moves this Court for an order authorizing his appointed counsel, Shelagh Kenney, to incur necessary travel expenses in order that she may go to the United States Penitentiary at Terre Haute, Indiana in June, 2012 to meet with Mr. Jackson. The reasons for this motion are more fully explained in the memorandum below.

**MEMORANDUM**

Mr. Jackson was convicted and sentenced to death in the United States District Court, Western District of North Carolina. His case is currently pending before the United State Supreme Court. Mr. Jackson filed his petition for certiorari to the United States Supreme Court on September 13, 2011. The United States has not yet filed its responsive pleading. Undersigned counsel was originally appointed to represent Mr. Jackson in his Section 2255 proceedings in late 2004. She has continued to represent him since that time.

The cost of an airplane ticket to and from Indianapolis will be approximately $400. The cost of a car rental will be approximately $150. A hotel room will not be

required. Meals will be kept within the Court per diem amount. Counsel estimates the travel expenses will be approximately $600.

It is important to Mr. Jackson's representation that he meets with his counsel. The American Bar Association <u>Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases</u> (February 2003) recommend that counsel, at all stages of the case, "make every appropriate effort to establish a relationship of trust with the client, and . . . maintain close contact with the client." *Id.* Guideline 10.5A. The <u>Guidelines</u> further provide that, "Counsel at all stages of the case should engage in a continuing interactive dialogue with the client . . . ." *Id.,* Guideline 10.5C. Maintaining regular contact with the client aids communication and enhances the working relationship between client and counsel. Periodic face-to-face meetings with the client are necessary to establish and maintain an effective attorney-client relationship.

Ms. Kenney has, over the course of her seven and a half year representation of Mr. Jackson, attempted to minimize the expenses incurred in visiting Mr. Jackson in Terre Haute, Indiana. Whenever possible, she has conducted telephone communications with Mr. Jackson. However, a face-to-face meeting with Mr. Jackson is needed at this time as part of her continued representation of Mr. Jackson. Mr. Jackson's case was not reviewed in the Fourth Circuit. His petition for certiorari was filed in the fall of 2011. Although the United States has not yet filed its responsive pleading, undersigned counsel needs to discuss what available avenues for relief Mr. Jackson has if the United States Supreme Court denies Mr. Jackson's petition for certiorari.

Wherefore, Appellant respectfully requests that this honorable Court authorize counsel to incur the above noted expenses in June 2012 in order that Counsel Shelagh

Kenney may travel to the United States Penitentiary at Terre Haute, Indiana to meet with

Mr. Jackson.

Respectfully submitted this the 19th day of April, 2012.

/s/Shelagh Rebecca Kenney
Shelagh Rebecca Kenney
NC State Bar #
Attorney for Richard Allen Jackson
Center for Death Penalty Litigation
201 West Main Street, Suite 301
Durham, North Carolina 27701
(919) 956-9545
Shelagh@cdpl.org

CERTIFICATE OF SERVICE

This is to certify that on this day I caused this Motion to be filed electronically with the Clerk of Court using the CM/ECF System, and that a copy of the foregoing Motion was duly served by depositing same enclosed in a postage paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service to:

> Donald B. Verrilli, Jr.
> Solicitor General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 2030-0001

This the 19th day of April, 2012.

/s/ Shelagh Rebecca Kenney
Shelagh Rebecca Kenney

4