FILED:  April 23, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-10

(1:04-cv-00251-LHT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD ALLEN JACKSON

Defendant - Appellant

_____

O R D E R

_____

Court-appointed counsel, Shelagh Rebecca Kenney, has filed a motion to authorize travel at CJA expense.

The court denies the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk