# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

October 1, 2012

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Richard Allen Jackson
     v. United States
     No. 11-6315
     (Your No. 09-10)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk